**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE CHINACAST EDUCATION, CORP. SECURITIES LITIGATION** | 2:12-cv-04621-JFW-PLA<br>ECF CASE |
| **THIS DOCUMENT RELATES TO:**<br>**All Actions** | |

**NOTICE OF APPEAL**

Notice is hereby given that Costa Brava Partnership III LP ("Costa Brava") and Jayhawk Private Equity Fund II, L.P., Lead Plaintiffs in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Minutes (In Chambers) Order of the Honorable John F. Walter, entered in this action on December 7, 2012, granting the Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. (Docket #55).

Dated: December 10, 2012

Respectfully submitted,

By: /s/ Jeremy A. Lieberman
Jeremy A. Lieberman

Marc I. Gross
Jeremy A. Lieberman
Tamar A. Weinrib
POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665