Laurence M. Rosen, Esq. (SBN 219683)
Phillip Kim, Esq. (*Pro Hac Vice*)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile:    (213) 226-4684
Email: lrosen@rosenlegal.com

Marc I. Gross
Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:    (212) 661-8665

Patrick V. Dahlstrom
POMERANTZ LLP
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:    (312) 377-1184

*Co-Lead Counsel for Lead Plaintiff*

JS-6
NOTE: CHANGES MADE BY THE COURT

**UNITED STATED DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE CHINACAST EDUCATION CORPORATION SECURITIES LITIGATION** | Case No. CV 12-4621-JFW (PLAx)<br><br>CLASS ACTION<br><br>JUDGMENT |

ORDER No. CV-12-4621-JFW (PLAx)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having read and considered the Class's Application, which complies with the requirements of Rule 55(b)(2) and was supported by the Expert Report of Peter Lert, Ph.D., CFA,

IT IS ORDERED, ADJUDGED AND DECREED that:

As the direct and proximate result of CAST's violations of Sections 10(b) of the Securities Exchange Act of 1934, the class suffered statutory damages of $65.8 million, per evidence. Judgment in the amount of $65,800,000 (sixty-five million eight hundred thousand dollars) is granted against CAST, with costs to be determined, all to bear interest from this date at the legal rate.

Dated: November 8, 2016

*/s/ John F. Walter*
Honorable John F. Walter
United States District Judge